# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARILYN FREED** | : |
|     Plaintiffs, | : |
| | :    **CIVIL ACTION** |
| vs. | :    NO. 08-3348 |
| | : |
| **CELEBRITY CRUISES, INC;** | : |
| **AZAMARA CRUISES; and** | : |
| **ROYAL CARIBBEAN CRUISES, LTD.** | : |
|     Defendants. | : |

## ORDER

**AND NOW**, this ____ day of December, 2009, upon consideration of Defendant's Motion to Transfer Venue (Doc. 6) and all responses thereto, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

                                                              **BY THE COURT:**

                                                               **/s/ Petrese B. Tucker**
                                                                _____
                                                               **Hon. Petrese B. Tucker, U.S.D.J.**